## WILLIAMS *vs.* SWIFT, administratrix.

There was no error in granting a new trial in this case.

(*a*) Even if there were fraud in a sale by executors at which the wife of one of them became a purchaser, yet purchasers under her, who took without notice of any fraud, would obtain a good title as against a child and legatee of the testatrix.

February 6, 1888.

New Trial. Fraud. Sales. Title. Before Judge WILLIS. Chattahoochee Superior Court. March Term, 1887.

Reported in the decision.

C. J. THORNTON ; EUGENE WYNN, for plaintiff in error.

J. M. RUSSELL ; GOETCHIUS & CHAPPELL, for defendant.

BLANDFORD, Justice.

This was an action of ejectment, brought by Mrs. Julia F. Williams against Swift, administratrix, and others, in the superior court of Chattahoochee county, to recover a tract of land lying in that county. The plaintiff obtained a verdict in her favor, and upon motion of the defendants, the court below granted a new trial; whereupon the plaintiff excepted.

We think the court below clearly did right to grant a new trial in this case. The evidence not only did not demand the verdict, but on the contrary demanded a different verdict. Mrs. Johnson, the mother of the plaintiff, at the time of her death owned this land, and was then a resident of Randolph county ; and the land was sold by her executors under an order of the court of ordinary of that county. Mrs. Flewellen, the wife of one of the executors, purchased the land ; and counsel for the plaintiff in error contend that this was a fraud and vitiated the sale. But there is no pretense in this record that the purchasers

from Mrs. Flewellen had any notice of such fraud. So far as appears from the record, they purchased in good faith ; and even if there had been fraud on the part of Flewellen, the executor, and his wife, these parties, having purchased without notice of such fraud, would not be affected thereby. However much the executor might be liable to Mrs. Williams, these purchasers, being, so far as the record shows, *bona fide* purchasers for value, got a good title.

Judgment affirmed.